```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| 4:99CR3043 | USA v. Carl Richard Brooks | 11/28/00 |
| 4:99CR3043 | USA v. John Edward Mull | 8/11/99; 11/2/00 |
| 4:99CR3043 | USA v. Lemont Baggett | 6/4/99; 9/24/99 |
| 4:02CR3001 | USA v. Fidel Solorio-Tafolla | 8/13/02 |
| 4:03CR3045 | USA v. Kirk V. Washington | 7/24/03 |
| 4:03CR3047 | USA v. Juan C. Aguilar | 6/17/03 |
| 4:03CR3115 | USA v. Daniel W. Savage | 3/23/04; 4/9/04 |
| 8:04CR0215 | USA v. Victor Manuel Moreno Servin | 12/20/04 |
| 4:04CR3007 | USA v. Juan Pedro Colmenarez | 5/27/04 |
| 4:04CR3018 | USA v. Stacey K. Costello | 5/10/05 |
| 4:05CR3025 | USA v. Jose Alberto Perez | 11/30/05 |

DATED this 14th day of February, 2007.

BY THE COURT

s/ *WARREN K. URBOM*
United States Senior District Judge